(February 26, 1985)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT HEWITT, Appellant. — Judgment, Supreme Court, Bronx County (Ivan Warner, J.), rendered on May 11, 1983, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sullivan, J. P., Fein, Milonas and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC LEACH, Appellant. — Judgment, Supreme Court, Bronx County (John Reilly, J.), rendered on November 24, 1982, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sullivan, J. P., Fein, Milonas and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROLLAND W. DAGUE, Appellant. — Judgment, Supreme Court, New York County (Luis Neco, J.), rendered on September 17, 1982, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur — Carro, J. P., Bloom, Fein, Milonas and Kassal, JJ.